**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 00-7480**

─────────

CLARENCE COVINGTON,

          Petitioner - Appellant,

   versus

RON ANGELONE,

          Respondent - Appellee.

─────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (CA-00-1444-AM)

─────────

Submitted: March 8, 2001      Decided: March 15, 2001

─────────

Before MOTZ, TRAXLER, and KING, Circuit Judges.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Clarence Covington, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Clarence Covington seeks to appeal the district court's order dismissing as untimely his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000), and denying his post-judgment motions. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny Covington's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. Covington v. Angelone, No. CA-00-1444-AM (E.D. Va. Sept. 7 & Nov. 29, 2000). We also deny Covington's motion to proceed as movant. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2